El Juez Asociado Sr. Hernández no formó Tribunal en la
vista de este caso.

---

EL PUEBLO v. RAMOS.

APELACIÓN procedente de la Corte de Distrito de Mayagüez.

No. 8.—Resuelto en Mayo 5, 1903.

PLIEGO DE EXCEPCIONES.—ERRORES MANIFIESTOS EN AUTOS.—No habiendo
pliego de excepciones, ni apareciendo de los autos que el Tribunal infe-
rior haya incurrido en algún error, la sentencia dictada por el mismo debe
confirmarse.

Los hechos están expresados en la opinión.

Abogado del apelado: *Sr. del Toro*, Fiscal.

La parte apelante no compareció.

El JUEZ ASOCIADO SR. SULZBACHER, emitió la siguiente
opinión del Tribunal:

El acusado Manuel Ramos fué debidamente juzgado y condenado por la Corte de Distrito de Mayagüez, por hurto de mayor cuantía; hizo moción para nuevo juicio, la cual fué denegada por la Corte, y él apela á este Tribunal. No se encuentra en los autos pliego de excepciones ni escrito alguno refiriéndose á error cometido por el Tribunal sentenciador. Esta Suprema Corte no encuentra error alguno, y por tanto la sentencia de la Corte de Distrito de Mayagüez debe ser confirmada.

*Confirmada.*

Jueces concurrentes, Sres. Presidente, Quiñones y Asociados Hernández, Figueras y MacLeary.